

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00695-CV

**IN RE** Abel **HERNANDEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  October 16, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On October 9, 2013, relator Abel Hernandez filed a petition for writ of mandamus with a motion for emergency stay.  The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013PC1030, styled *In the Estate of Maria F. Hernandez, Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.